CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Petty Offense ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: _Davidson and Others_
AUSA's NAME: _Amanda J. Klopf_

__Steven Weaver__
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?   ___ Yes _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | Title 21, U.S.C. Sections 841(a)(1), and 846. | Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |
| 2 | Title 21, U.S.C. Section 841(a)(1) | Distribution and Possession with Intent to Distribute 50 grams or more of methamphetamine | Mandatory Minimum of Ten (10) years up to life. | $10,000,000.00 |

Is the defendant currently in custody?   Yes ( )   No (x)   If yes, State or Federal? _____

Has a complaint been filed?   Yes ( )   No (x)

    If Yes:   Name of the Magistrate Judge _____   Case No.: _____
            Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes (x)   No ( )
    If Yes:   Name of the Magistrate Judge   __SEE ATTACHED__   Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( )   No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)   To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)   To/from what district? _____

Is this case related to a pending or previously filed case:   Yes ( )   No (x)
    What is the related case number?
    Who is the Magistrate Judge?   _____

Estimated trial time:   __3 day__

The Clerk will issue a (WARRANT)  (circle one)
Bond Recommendation:   __DETAINED__