UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-126 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| [1] STEVEN WEAVER | ) | 21 U.S.C. § 846 |
| [2] JAMIE WOODS | ) | |

**UNITED STATES-MOTION TO UNSEAL**

The United States of America, by its attorneys Mark H. Wildasin, United States Attorney for the Middle District of Tennessee for the administration of this case, and Amanda J. Klopf, Assistant United States Attorney, requests that this Court unseal all the documents filed in this case.

On April 4, 2022, the indictment in this case was sealed because certain defendants were not yet in custody. The defendants are now in custody, and the United States wants to disclose the indictment.

Respectfully submitted,
MARK H. WILDASIN
UNITED STATES ATTORNEY

By: /s/Amanda Klopf
Amanda J. Klopf
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151